UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | 19MJ1115 |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1326 Attempted Entry After Deportation |
| Calisto CORTEZ-Leon, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about March 17, 2019, within the Southern District of California, defendant Calisto CORTEZ-Leon, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Otay Mesa, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James L. Trombley
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 18th DAY OF March, 2019.

NITA L. STORMES
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Calisto CORTEZ-Leon

## PROBABLE CAUSE STATEMENT

On March 17, 2019, Border Patrol Agent B. Garcia was conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 3:20 PM, Agent Garcia was notified by Remote Video Surveillance System Operator, of a subject walking between the fences in an area known to Border Patrol Agents as "Cactus." Agent Garcia responded to the area and encountered one individual, later identified as the defendant, Calisto CORTEZ-Leon, hiding between two cement construction pillars. It appeared that the defendant positioned himself in this manner, in order to make an attempt to make his way north through the secondary fence as a vehicle had gone through the vehicle gate. This area is located approximately three and a half miles west of the Otay Mesa, California Port of Entry and approximately thirty yards north of the United States/Mexico International Boundary.

Agent Garcia identified himself as Border Patrol agent and conducted an immigration inspection. CORTEZ admitted to being a citizen of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. At approximately 3:25 PM, Agent Garcia placed CORTEZ under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on March 17, 2019.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 20, 2019 through San Ysidro, Ca. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.